UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNETTE JONES,

        Plaintiff,        CASE NO.: D-FLM-8-14-CV-000576-001

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

        Defendant(s).

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ANNETTE JONES, by and through the undersigned attorney, pursuant to the Florida Rules of Civil Procedure 1.420, hereby files this Notice of Voluntary Dismissal with Prejudice of the above-styled cause as to RECEIVABLES PERFORMANCE MANAGEMENT, LLC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via email to Mark Case, Attorney for Receivables Performance Management, LLC at mcase@receivablesperformance.com, this 10th day of July, 2014.

Respectfully Submitted,

Kathryn J. Roegiers, Esq.
BERKOWITZ LAW GROUP, PA
2820 1st Avenue North
St. Petersburg, FL 33713
(727) 344-0123
FBN:72691
Attynotice@berkowitzlawgroup.com
Attorney for Plaintiff