UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNETTE JONES,

    Plaintiff,

v.                                                Case No: 8:14-cv-576-T-35TGW

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 5) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 16th day of July, 2014.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party